# EXHIBIT A

# Schedule

Line 1     Claim No.     1

Line 2     Musical Composition     Don't Bring Me Down

Line 3     Writer(s)     Jeff Lynne

Line 4     Publisher Plaintiff(s)     EMI Blackwood Music Inc.

Line 5     Date(s) of Registration     6/13/79

Line 6     Registration No(s).     PA 35-638

Line 7     Date(s) of Infringement     7/28/24

Line 8     Place of Infringement     The Black Sheep Pub and Grill

---

Line 1     Claim No.     2

Line 2     Musical Composition     Funkytown

Line 3     Writer(s)     Steve Greenberg

Line 4     Publisher Plaintiff(s)     Rick's Music, Inc.; Steve Greenberg, an individual d/b/a Red Sea Songs

Line 5     Date(s) of Registration     1/3/80

Line 6     Registration No(s).     PAu 167-962

Line 7     Date(s) of Infringement     7/28/24

Line 8     Place of Infringement     The Black Sheep Pub and Grill

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | I Think We're Alone Now |
| Line 3 | Writer(s) | Ritchie Cordell |
| Line 4 | Publisher Plaintiff(s) | EMI Consortium Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/8/70    1/24/67 |
| Line 6 | Registration No(s). | Ef 34747    Ep 226335 |
| Line 7 | Date(s) of Infringement | 7/28/24 |
| Line 8 | Place of Infringement | The Black Sheep Pub and Grill |